# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 14, 2018

Elizabeth Warren
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 15-14992-FF ; 16-11273 -FF
Case Style: Advantor Systems Corporation v. DRS Technical Services, Inc.
District Court Docket No: 6:14-cv-00533-GAP-DAB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 15-14992
_____

D.C. Docket No. 6:14-cv-00533-GAP-DAB

ADVANTOR SYSTEMS CORPORATION,
a Florida Corporation,

                  Plaintiff - Appellant,

versus

DRS TECHNICAL SERVICES, INC.,
a Maryland Corporation,

                  Defendant - Appellee,

DRS TECHNOLOGIES, INC.,

                  Defendant.

_____

No. 16-11273
_____

D.C. Docket No. 6:14-cv-00533-GAP-DAB

ADVANTOR SYSTEMS CORPORATION,
a Florida Corporation,
HOLLAND & KNIGHT LLP,

                  Plaintiffs - Appellants,

**ISSUED AS MANDATE 02/14/2018**

versus

DRS TECHNICAL SERVICES, INC.,
a Maryland Corporation,

                                                 Defendant - Appellee,

DRS TECHNOLOGIES, INC.,
a Delaware Corporation,

                                                 Defendant.

_____

Appeals from the United States District Court for the
Middle District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 31, 2017
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 02/14/2018**